ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                       )
                                                  )
The Green-Simmons Company, Inc.                   )   ASBCA No.  62478
                                                  )
Under Contract No.    FA3010-19-C-A016            )

APPEARANCES FOR THE APPELLANT:        Mr. Nathan Green
                                        President
                                      Mr. Davin Smith
                                        Project Manager


APPEARANCES FOR THE GOVERNMENT:       Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Capt Allison K.W. Johnson, USAF
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  December 2, 2020



JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62478, Appeal of The Green-Simmons Company, Inc., rendered in conformance with the Board's Charter.

Dated:  December 2, 2020



PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals